Court of Appeals for the Second Circuit denied. *Mr. Melville J. France* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Mr. Paul A. Sweeney* for respondent.

No. 511. COMPAGNIE FRANCAISE DE NAVIGATION A VAPEUR *v.* ELTING, COLLECTOR OF CUSTOMS. November 13, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Melville J. France* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Mr. Paul A. Sweeney* for respondent.

No. 512. COMPAGNIE FRANCAISE DE NAVIGATION A VAPEUR *v.* ELTING, COLLECTOR OF CUSTOMS. November 13, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Melville J. France* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Mr. Paul A. Sweeney* for respondent.

No. 513. COMPAGNIE FRANCAISE DE NAVIGATION A VAPEUR *v.* ELTING, COLLECTOR OF CUSTOMS. November 13, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Melville J. France* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Mr. Paul A. Sweeney* for respondent.

No. 514. COMPAGNIE FRANCAISE DE NAVIGATION A VAPEUR *v.* ELTING, COLLECTOR OF CUSTOMS. November

694

13, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Melville J. France* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Mr. Paul A. Sweeney* for respondent.

No. 517. STATE EX REL. COTONIO *v.* ITALO-AMERICAN HOMESTEAD ASSN. November 13, 1933. Petition for writ of certiorari to the Supreme Court of Louisiana denied. *Mr. Theodore Cotonio, pro se.* No appearance for respondent.

No. 408. JORGENSEN *v.* THORNBERG. November 20, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. George Washington Williams* for petitioner. No appearance for respondent. See also 60 F. (2d) 471.

No. 495. FERGUSON *v.* UNITED STATES. November 20, 1933. Petition for writ of certiorari to the Court of Claims denied. *Messrs. R. M. O'Hara* and *Leslie C. Garnett* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Mr. Paul A. Sweeney* for the United States.

No. 518. UNITED STATES *v.* NORCOTT;
No. 519. SAME *v.* BENNETT;
No. 520. SAME *v.* PACKER;
No. 521. SAME *v.* CARROLL; and
No. 522. SAME *v.* NEEDHAM. November 20, 1933. Petition for writs of certiorari to the Circuit Court of